FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VINCENT JAMES YOUNG,<br><br>    Petitioner,<br><br>v.<br><br>R.J. SUBIA, Warden,<br><br>    Respondent. | No. CV 07-5517-SGL (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied.

DATED: 1-10-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE